ORIGINAL

FILED

09/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0004

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 24-0004

FILED

SEP 2 7 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE THE PETITION OF
ALIZABETH A. BRONSDON

ORDER

Alizabeth A. Bronsdon has petitioned this Court for admission to active status in the State Bar of Montana after having been on inactive status since September 2023.

IT IS ORDERED that upon payment of the appropriate fees to the State Bar of Montana, Petitioner shall be admitted to the active practice of law in the state of Montana.

IT IS FURTHER ORDERED that Petitioner has shown that Petitioner's occupation during inactive status is sufficient to warrant admission to active status without being required to make up continuing legal education requirements for the time Petitioner was on inactive status.

The Clerk is directed to provide copies of this Order to Petitioner and to the State Bar of Montana.

DATED this 27th day of September 2024.

For the Court,

By _____
Justice